UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA CATHERINE PRICE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 25-0795 (TSC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Defendants' motion to dismiss is GRANTED; and it is further

ORDERED this action is dismissed.

SO ORDERED:

_____  _____
DATE  UNITED STATES DISTRICT JUDGE