UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CYNTHIA CATHERINE PRICE, a.k.a. Cynthia Ballenger,** *et al.*,

    Plaintiff,

  v.

**UNITED STATES OF AMERICA,** *et al.*,

    Defendant.

No. 25-cv-795

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 11, the court GRANTS Defendants' Motion to Dismiss, ECF No. 8. The Clerk of the Court shall close this case.

SO ORDERED.

Date: December 8, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge