## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA CATHERINE PRICE, AKA CYNTHIA BALLENGER, and CHRISTOPHER PRICE<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, UNITED STATES FEDERAL BUREAU OF INVESTIGATION, and UNITED STATES DEPARTMENT OF JUSTICE<br><br>     Defendants. | Civil Action No. 25-0795 (TSC) |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Cynthia Catherine Price and Christopher Price, appeal to the United States Court of Appeals for the District of Columbia Circuit from the   Memorandum Opinion [ECF 11] and final order [ECF 12] dismissing the First Amended Complaint, entered by this Court on December 8, 2025.

This appeal is taken pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

Date: February 2, 2026

/s/ Nandan Kenkeremath

Nandan Kenkeremath (DC Bar 384732)
2707 Fairview Court
Alexandria, VA 22311
703-407-9407
nandank@comcast.net

*Counsel for Cynthia Catherine Price and Christopher Price*

## CERTIFICATE OF SERVICE

I certify that on February 2, 2026, a copy of the foregoing Plaintiff's Notice of

Appeal was filed using the CM/ECF system, which will then send notification of

such filing to all counsel of record.

Dated: February 2, 2026

Respectfully submitted,

/s/ Nandan Kenkeremath

*Counsel for Plaintiffs Cynthia Catherine Price and Christopher Price*

2